**Mrs. Lacy SMITH, Appellant,**

v.

**STATE of Texas, Appellee.**

No. 30637.

Court of Criminal Appeals of Texas.

April 22, 1959.

Royce E. Ball, Lubbock, for appellant.

William J. Gillespie, County Atty., Alton R. Griffin, Asst. County Atty., Lubbock, and Leon B. Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

This is a conviction for the giving of a worthless check, as denounced by art. 567b, Vernon's Ann.P.C., with punishment assessed at thirty days in jail.

The information alleged that the check was delivered to "Brooks Super Market, a Corporation."

The evidence wholly fails to sustain that allegation.

The attorney representing the state upon the trial of the case very properly and correctly confesses that the failure to make proof of that allegation requires a reversal of the conviction and cites in support of that conclusion: Whitaker v. State, 85 Tex.Cr.R. 272, 211 S.W. 787, and McClure v. State, Tex.Cr.App., 296 S.W.2d 263.

The judgment is reversed and the cause is remanded.